USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-4-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

JUAN CARLOS BARDALES,

                              Plaintiff

-v.-

CONSULATE GENERAL OF PERU IN
NEW YORK and MARIA TERESA
MERINO VILLARAN DE HART,
individually,

                              Defendant.

-------------------------------------------------------------x

1:17-CV-08897 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will host a status conference in this matter on December 11, 2019 at 2:00 p.m. The parties should appear in person in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

**SO ORDERED.**

Dated: December 4, 2019

       New York, New York

                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge

12-4-19