**1**

# LIONBRIDGE

STATE OF CALIFORNIA )
)
)
COUNTY OF SAN FRANCISCO ) ss

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached document with Bates nos. PERU0000318–PERU0000319.

*Pavani Yalamanchili*

Pavani YALAMANCHILI, Managing Editor
Lionbridge

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 6th day of January, 20 20, by Pavani Yalamanchili, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: *Bradley Rhy*

**BRADLEY RHYMER**
Commission No. 2160632
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires JULY 22, 2020

220 Montgomery Street, Suite 605   San Francisco, CA 94104   +1.415.576.9500

**Message**

**From:** Jose Carlos Chavarri [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JCHAVARRI]
**Sent:** 8/27/2010 2:01:50 PM
**To:** Betty Medina [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=BMedina]; Flor Angeles [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=FAngeles]; Jorge Espinoza [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JEspinoza]; Juan Bardales [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=JBardales]; Judith Mendoza [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=JMendoza]; Luis Amengual [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=LAmengual]; Luis Leon [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=LLeon]; Milagritos Palacios [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=MPalacios]; Oswaldo Soto [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=OSoto]; Patricia Durand [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=PDurand]; Rocio Egusquiza [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=REgusquiza]; DNI@ConPerNY.Org [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Dni]; Legal@ConPerNY.Org [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Legal]; Pasaportes@ConPerNY.Org [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=pasaportes]; RegistrosCiviles@ConPerNY.Org [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Registrosciviles]; Visas@ConPerNY.Org [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Visas]
**CC:** Jose Tenorio [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=JTenorio]; Fortunato Quesada [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=FQuesada]; Victor Matallana [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=VMatallana]; Ruben Rondinelli [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=RRondinelli]; Silvana Irikura [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=SIrikura]; Martha Pedraja [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MPedraja]
**Subject:** First Exhibition of Contemporary Peruvian Film
**Attachments:** Programa Festival.jpg

**Importance:** High

Dear all:

As you know, the Consulate General of Peru in New York has organized the First Exhibition of Contemporary Peruvian Film in honor of Maestro Armando Robles Godoy, which will be held on Wednesdays, September 1, 8, 15 and 29, from 6:00 p.m. to 9:30 p.m. at the Instituto Cervantes of New York located at 211 East 49th Street, New York City, 10017.

The event will open on September 1 at 6:00 p.m., at which Deputy Consul General Quesada and the Executive Director of the Instituto Cervantes, Eduardo Lago, will say a few words. At around 8:45 p.m., there will be a reception that will last for approximately one hour.

It should be noted that administrative personnel of this Consulate General are required to attend, and they will be opportunely notified of the obligations they will assume on that day.

The program of the Exhibition is attached and is also available in the "Communiqués" section of the website of the Consulate General of Peru in New York at http://consuladoperu.com.

José Carlos Chávarri

Vice Consul

PERU0000319

Message

| | |
|---|---|
| **From**: | Jose Carlos Chavarri [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JCHAVARRI] |
| **Sent**: | 8/27/2010 2:01:50 PM |
| **To**: | Betty Medina [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=BMedina]; Flor Angeles [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=FAngeles]; Jorge Espinoza [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JEspinoza]; Juan Bardales [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=JBardales]; Judith Mendoza [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=JMendoza]; Luis Amengual [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=LAmengual]; Luis Leon [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=LLeon]; Milagritos Palacios [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=MPalacios]; Oswaldo Soto [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=OSoto]; Patricia Durand [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=PDurand]; Rocio Egusquiza [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=REgusquiza]; DNI@ConPerNY.Org [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Dni]; Legal@ConPerNY.Org [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Legal]; Pasaportes@ConPerNY.Org [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=pasaportes]; RegistrosCiviles@ConPerNY.Org [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Registrosciviles]; Visas@ConPerNY.Org [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=Visas] |
| **CC**: | Jose Tenorio [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=JTenorio]; Fortunato Quesada [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=FQuesada]; Victor Matallana [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=VMatallana]; Ruben Rondinelli [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=RRondinelli]; Silvana Irikura [/o=ConsuladoPeruNY/ou=First Administrative Group/cn=Recipients/cn=SIrikura]; Martha Pedraja [/O=CONSULADOPERUNY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MPedraja] |
| **Subject**: | Primera Muestra de Cine Contemporáneo Peruano |
| **Attachments**: | Programa Festival.jpg |
| **Importance**: | High |

Estimados señores:

Como ya es de su conocimiento, el Consulado General del Perú en Nueva York ha organizado la Primera Muestra de Cine Contemporáneo Peruano, en honor del Maestro Armando Robles Godoy, que se realizará los días miércoles 01, 08, 15 y 29 de setiembre, de 18:00 a 21:30 horas, en el Instituto Cervantes de Nueva York, cito en el 211 de la Calle 49 Este, ciudad de Nueva York, 10017.

El 01 de setiembre, a las 18:00 horas, se llevará a cabo la inauguración del evento, en la que el señor Cónsul General Adscrito Quesada y el Director Ejecutivo del Instituto Cervantes, Eduardo Lago, pronunciarán unas breves palabras. Hacia las 20:45, tendrá lugar una recepción, de una duración aproximada de 1 hora.

Cabe destacar que se requiere de la asistencia del personal administrativo de este Consulado General y que las obligaciones por asumir ese día, les serán comunicadas oportunamente.

Se adjunta el programa de la Muestra, que también se encuentra en la sección "Comunicados" del sitio web del Consulado General del Perú en Nueva York, http://consuladoperu.com.

José Carlos Chávarri

Vice Cónsul

PERU0000319