**16**



Plaintiff's Chauffeuring Responsibilities According to Mr. Bardales' Records

Plaintiff's Chauffeuring Responsibilities According to Mr. Bardales' Records

| Month | Days Worked as Driver | Days with Exclusively Official Destinations | Days with Official and Arguably "Personal" Destinations | BATES Nos. |
|---|---|---|---|---|
| March 2014 | 22 | 19 | 3 | PERU0003879 (Exh. 26) |
| April 2014 | 22 | 18 | 4 | PERU0004247 (Exh. 27) |
| May 2014 | 23 | 19 | 4 | PERU0004594 (Exh. 28) |
| June 2014 | 21 | 15 | 6 | PERU0005127 (Exh. 29) |
| July 2014 | 27 | 24 | 3 | PERU0005204 (Exh. 30) |
| August 2014 | 21 | 20 | 1 | PERU0005281 (Exh. 31) |
| September 2014 | 24 | 21 | 3 | PERU0005463 (Exh. 32) |
| October 2014 | 17 | 15 | 2 | PERU0006152 (Exh. 33) |
| November 2014 | 5 | 3 | 2 | PERU0006395 (Exh. 34) |
| December 2014 | 16 | 15 | 1 | PERU0006513 (Exh. 35) |
| January 2015 | 22 | 19 | 3 | PERU0006911 (Exh. 36) |
| February 2015 | 18 | 16 | 2 | PERU0007126 (Exh. 37) |
| March 2015 | 19 | 17 | 2 | PERU0007187 (Exh. 38) |
| April 2015 | 20 | 19 | 1 | PERU0007289 (Exh. 39) |
| May 2015 | 21 | 19 | 2 | PERU0007343 (Exh. 40) |

Plaintiff's Chauffeuring Responsibilities According to Mr. Bardales' Records

| Month | Days Worked as Driver | Days with Exclusively Official Destinations | Days with Official and Arguably "Personal" Destinations | BATES Nos. |
|---|---|---|---|---|
| June 2015 | 21 | 14 | 7 | PERU0007396 (Exh. 41) |
| July 2015 | 24 | 19 | 5 | PERU0007581 (Exh. 42) |
| September 2015 | 23 | 20 | 3 | PERU0007657 (Exh. 43) |
| October 2015 | 14 | 12 | 2 | PERU0007881 (Exh. 44) |
| **TOTAL** | **380** | **324** | **56** | |