USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-13-20

**The Law Offices of Jacob Aronauer**
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

February 11, 2020

**Via ECF**
Hon. Andrew Carter
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  Bardales v. Consulate General of Peru in New York et al.
     17-cv-08897 (RJS)

Dear Judge Carter:

Plaintiff requests to have until February 18, 2020 to oppose Defendants' motion to dismiss. Plaintiff's opposition is currently due on February 14, 2020. This is Plaintiff's second request for an extension. The basis for the request is personal reasons pertaining to an immediate family member. Defendants' consent. If Plaintiff's request is granted, Defendants reply would be due on March 13, 2020.

On behalf of my client, I appreciate the Court's consideration.

Respectfully,

*/s Jacob Aronauer*
Jacob Aronauer
*Attorney for Juan Carlos Bardales*

cc:  **Via ECF**
     *All attorneys on record*

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

2-13-20