```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/3/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JUAN CARLOS BARDALES,**<br><br>       **Plaintiff,**<br><br>-against-<br><br>**CONSULATE GENERAL OF PERU IN NEW YORK ET AL,**<br><br>       **Defendant.** | **17-cv-8897 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Defendants' March 23, 2020 letter and Plaintiff's response. Defendants may file a supplemental reply brief by June 17, 2020 addressing any new issues raised in Plaintiff's most recently filed opposition brief.

**SO ORDERED.**

Dated: June 3, 2020
     New York, New York

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**