UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUAN CARLOS BARDALES,

                         Plaintiff,

    -against-                                      17 **CIVIL** 8897 (ALC)

                                                  **JUDGMENT**

CONSULATE GENERAL OF PERU IN NEW
YORK, et al.,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 28, 2020, Because the Court concludes that both Defendants are immune, the Court need not address Defendants' additional arguments that dismiss is appropriate pursuant to Fed. R. Civ. P. 12(b)(6); Defendants' motion is granted in its entirety and this matter is dismissed.

**Dated:**  New York, New York
          September 28, 2020

                                                     **RUBY J. KRAJICK**
                                                    _____
                                                        Clerk of Court
                                      **BY:**
                                                      _____
                                                       Deputy Clerk